IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>12512 Cumberland Crest Drive,<br>Huntersville, North Carolina | MISC. NO. 3:15mj295-DSC<br><br>**ORDER**<br><br>**(UNDER SEAL)** |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion for Limited Disclosure of Sealed Document to Local Law Enforcement," filed by the Government in this matter on September 28, 2015. The Court finds this Motion in order.

**IT IS THEREFORE ORDERED** that the Government's "Motion for Limited Disclosure of Sealed Document to Local Law Enforcement" is hereby GRANTED.

**IT IS FURTHER ORDERED** that the Government may disclose the sealed Search Warrant Affidavit, and any related documents to appropriate law enforcement personnel, in Mecklenburg County, as appropriate to the prosecution of case 2015228878 CR.

**IT IS FURTHER ORDERED** that this Order and the Government's Motion shall remain sealed pending further order of the Court.

**SO ORDERED**.

Signed: September 30, 2015

David S. Cayer
United States Magistrate Judge